| | | |
|---|---|---|
| *Trustee's Name, Address, Phone, Fax, Email:*<br>David C. Farmer<br>P.O. Box 4379<br>Honolulu, HI  96812-4379<br>Phone: (808) 222-3133<br>Fax:     (866) 559-2922<br>Email:  farmerd001@hawaii.rr.com | | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** |
| Debtor(s):<br>YAP, RUPERT SHU SUNG | | Case No.: 03-01980 FJR<br><br>Chapter 7 |
| **NOTICE OF DEPOSIT OF UNCLAIMED FUNDS** | | |
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | | $    3,631.49 |

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| *Claim No.* | *Claimant Name and Address* | *Amount* |
|---|---|---|
| 2 | SEARS, ROEBUCK AND CO<br>PO Box 3671<br>Des Moines, IA 50322 | $    641.95 |
| 3 | CHASE MANHATTAN BANK USA, N.A.<br>c/o Chase BankCard Services, Inc., P.O. Box 52176<br>Phoenix, AZ 85072-2176 | $  2,067.36 |
| 14 | CAPITAL ONE BANK<br>P.O. Box 85167<br>Richmond, VA 23285 | $    238.77 |
| 2I | SEARS, ROEBUCK AND CO<br>PO Box 3671<br>Des Moines, IA 50322 | $     41.87 |
| 3I | CHASE MANHATTAN BANK USA, N.A.<br>c/o Chase BankCard Services, Inc., P.O. Box 52176<br>Phoenix, AZ 85072-2176 | $    134.84 |
| 8I | DHS COLLECTIONS<br>P.O BOX 4147<br>Honolulu, HI 96812-4147 | $     24.46 |
| 14I | CAPITAL ONE BANK<br>P.O. Box 85167<br>Richmond, VA 23285 | $     15.57 |
| SURPLUS | YAP, RUPERT SHU SUNG<br>1543 LIHOLIHO ST APT F<br>HONOLULU, HI 96822-4066 | $    466.67 |
| Dated: May 5, 2010 | /s/ David C. Farmer<br>        Trustee | |

hib_3011ntc        2/2007              [ECF:  Trustee/US Trustee ... Notice of Deposit of Unclaimed Funds]